**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TERRELL LARON WALKER, DAMAIRE | : | |
| WALLACE, QUASHAAD RODNEY | : | |
| JAMES AND MAURICE TOWNER JR., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Superior Court erred in quashing the Commonwealth's appeal of the trial court's grant of suppression by overlooking, misapprehending and/or ignoring the record and/or ignoring controlling case law where the facts and circumstances established that the Respondents were not prejudiced by the filing of a single notice of appeal where the trial court entered one suppression order for all four cases and entered identical findings of fact and conclusions of law in each case?